UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS PENSION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS WELFARE FUND,
NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS
VACATION FUND, NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS ANNUITY FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS APPRENTICESHIP,
JOURNEYMAN RETRAINING, EDUCATIONAL AND
INDUSTRY FUND, NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS CHARITY FUND, and THE NEW YORK
CITY AND VICINITY CARPENTERS LABOR MANAGEMENT
COOPERATION FUND, by MICHAEL J. FORDE, and
PAUL O'BRIEN, as TRUSTEES,

                                                    Plaintiffs,
       -against-

RIVER AVENUE CONTRACTING CORP.,

                                                    Defendant.
------------------------------------------------------------------X

JUDGE RAKOFF

07 CIV 6450

07 CV_____

CIVIL RULE 7.1
**STATEMENT**



      PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE AND TO ENABLE JUDGES AND MAGISTRATE JUDGES OF THE COURT TO EVALUATE POSSIBLE DISQUALIFICATIONS OR RECUSAL, THE UNDERSIGNED COUNSEL OF RECORD FOR THE PLAINTIFFS (A PRIVATE NON-GOVERNMENTAL PARTY) CERTIFIES THAT THE FOLLOWING ARE CORPORATE PARENTS, SUBSIDIARIES, OR PUBLICLY HELD CORPORATIONS THAT OWN 10% OR MORE OF ITS STOCK:

                                                  NONE

Dated:  New York, New York
           July 16, 2007

                                             ANDREW GRABOIS (AG 3192)
                                             O'Dwyer & Bernstien, LLP
                                             Attorneys for Plaintiffs
                                             52 Duane Street
                                             New York, NY 10007
                                             (212) 571-7100