## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 07CIV6450                                                                 Purchased/Filed: July 16, 2007

UNITED STATES                                    COURT                              SOUTHERN DISTRICT OF

---

*The New York City District Council of Carpenters Pension Fund, New York City District Counsel of Carpenters Welfare Fund, et al*                                                                 Plaintiff

against

*River Avenue Contracting Corp.*                                                                 Defendant

---

STATE OF NEW YORK          SS.:
COUNTY OF ALBANY

_____ Jessica Miller _____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ___ July 20, 2007 ___, at ___ 2:00pm ___, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons and Complaint

on

___ River Avenue Contracting Corp. ___, the Defendant in this action, by delivering to and leaving with ___ Donna Christie ___, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, ___ 2 ___ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of ___ 40 ___ dollars; That said service was made pursuant to Section ___ 306 Business Corporation Law ___.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served:  Approx. Age: ___ 38 ___   Approx. Wt: ___ 145 ___   Approx. Ht: ___ 5'5" ___
Color of skin: ___ White ___   Hair color: ___ Blonde ___   Sex: ___ F ___   Other: _____

Sworn to before me on this

24th day of ___ July, 2007 ___

*[signature]*
DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2011

*[signature]* Jessica Miller

Invoice•Work Order # SP0706144

**SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179**