UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

The New York City District Council of Carpenters Pension Fund, New York City District Council of Carpenters Welfare Fund, New York City District Council of Carpenters Vacation Fund, New York City District Council of Carpenters Annuity Fund, New York City District Council of Carpenters Apprenticeship, Journeyman Retraining, Educational and Industry Fund, New York City District Council of Carpenters Charity Fund, and the New York City and Vicinity Carpenters Labor Management Cooperation Fund, by Michael J. Forde, and Paul O'Brien, as Trustees,

                                                Plaintiffs

               Against

River Avenue Contracting Corp.,

                                                Defendant

07 CIV 6450
(Judge Rakoff)
<u>RULE 7.1
STATEMENT</u>

---

Pursuant to Rule 7.1 of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York and to enable to Judges and Magistrates of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant certifies that the aforementioned corporation River Avenue Contracting Corp. is a private non-governmental party and that it is not a publicly held corporation nor is it an affiliate or a subsidiary of a publicly held corporation.

Dated: Commack, New York
      August 1, 2007

                      THE ZISKIN LAW FIRM, LLP

             By: *[signature]*
                      Robert M. Ziskin (RMZ-2361)
                      Attorneys for Defendant
                      River Avenue Contracting Corp.
                      Office and P.O. Address:
                      6268 Jericho Turnpike, Suite 12A
                      Commack, New York 11725
                      (631) 462-1417