UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
The New York City District Council
of Carpenters Pension Fund, et al.,

                     Plaintiffs,

Against                                     07 CIV 6450
                                                (Judge Rakoff)

River Avenue Contracting Corp.,

                     Defendant.
-----------------------------------------------------------X

## NOTICE OF MOTION

     PLEASE TAKE NOTICE that upon the Declaration of Richard B. Ziskin, the exhibit attached thereto and the accompanying memorandum of law; and upon all of the prior proceedings herein, Defendant River Avenue Contracting Corp., through their counsel, The Ziskin Law Firm, LLP, will move this Court before the Honorable Jed S. Rakoff, United States District Court Judge at the United States Courthouse, Southern District of New York, located at 500 Pearl Street, Courtroom 14B, New York, New York 11201, on October 12, 2007 at 10:00 am, for an Order dismissing Plaintiffs' Complaint and vacating the arbitration award dated April 16, 2007 and for such other and further relief as the Court may deem just and proper.

Dated: Commack, New York
       October 1, 2007

                                                    Respectfully submitted,

                                                    RICHARD B. ZISKIN (RBZ-7378)
                                                    The Ziskin Law Firm, LLP
                                                    6268 Jericho Turnpike, Suite 12A
                                                    Commack, NY 11725
                                                     631-462-1417
                                                     631-462-1486 (facsimile)
                                                     Attorneys for Defendant
                                                     River Avenue Contracting Corp.

cc: Andrew GraBois, Esq.
    O'Dwyer & Bernstien, LLP
    Paul O'Dwyer Way
    52 Duane Street
    New York, NY 10007