UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
The New York City District Council
of Carpenters Pension Fund, et al.,
                              Plaintiffs,

    Against                                    07 CIV 6450
                                                          (Judge Rakoff)

River Avenue Contracting Corp.,
                              Defendant.
------------------------------------------------------------X

**<u>DECLARATION OF RICHARD B. ZISKIN IN SUPPORT OF DEFENDANT'S
MOTION TO DISMISS THE COMPLAINT AND
VACATE THE ARBITRATION AWARD</u>**

RICHARD B. ZISKIN, under penalty of perjury declares the following to be true and correct.

1. I am an attorney with The Ziskin Law Firm, LLP, counsel to Defendant River Avenue Contracting Corp., in the above-entitled action. I am familiar with all the facts and circumstances in the above-referenced actions and submit this declaration in support of the Defendant's motion to dismiss the Complaint and vacate the arbitration award.

2. Annexed as Exhibit "A" is a true and correct copy of two (2) Opinions and Awards dated October 4, 2006 and April 16, 2007 between the Plaintiffs and Defendant.

Dated: Commack, New York
         October 1, 2007

                                                      Respectfully submitted,

                                                      */s/ Richard B. Ziskin*
                                                      RICHARD B. ZISKIN (RBZ-7378)
                                                      The Ziskin Law Firm, LLP
                                                      6268 Jericho Turnpike, Suite 12A
                                                      Commack, NY 11725
                                                      631-462-1417
                                                      631-462-1486 (facsimile)
                                                      Attorneys for Defendant
                                                      River Avenue Contracting Corp.