<u>CERTIFICATE OF SERVICE</u>

STATE OF NEW YORK)
COUNTY OF SUFFOLK)

   I, Richard B. Ziskin, an attorney admitted to practice in the courts of the State of New

York and in the federal district courts of the Southern and Eastern Districts of the State of New

York, do hereby certify, under the penalties of perjury, that true and correct copies of Defendant

River Avenue Contracting Corp.'s Notice of Motion, the Declaration of Richard B. Ziskin, the

exhibit annexed thereto, the Affidavit of Richard Tonyes and the accompanying

Memorandum of Law, are served by e-mail and by mailing same in a sealed envelope, with

postage pre-paid thereon, in a post office or official depository of the U.S. Postal Service within

the State of New York, addressed to the last known address of the addresses as indicated below:

O'Dwyer & Bernstein, LLP
Paul O'Dwyer Way
52 Duane Street
New York, NY 10007
Att: Andrew Grabois, Esq.


Dated: Commack, New York
   October 2, 2007

              RICHARD B. ZISKIN (RBZ-7378)