UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS PENSION FUND, et al.                    07 CV 6450 (JSR)
                                                    ECF CASE
                        Plaintiffs,
        -against-
                                                    **NOTICE OF MOTION**
RIVER AVENUE CONTRACTING CORP.,

                        Defendant.
---------------------------------------------------------------X

COUNSEL:

   PLEASE TAKE NOTICE, that upon the Declaration of Andrew Grabois, Esq., the stipulated facts and exhibits annexed thereto and the accompanying memorandum of law; and upon all pleadings and proceedings heretofore and herein, the undersigned, on behalf of the plaintiffs, will move this Court before the Honorable Jed S. Rakoff, United States District Court Judge at the United States Courthouse, Southern District of New York, located at 500 Pearl Street, Courtroom 14-B, New York, New York 10007, on October 12, 2007 at 10:00 am, for an Order granting plaintiffs' motion for confirmation of an Arbitrator's award, and for such other and further relief as the Court deems proper and just.

Dated:  New York, New York
        October 2, 2007

                                        Yours, etc.,

                                        O'DWYER & BERNSTIEN, LLP

                                    By: _____
                                        ANDREW GRABOIS, ESQ.
                                        Attorney for Plaintiffs
                                        52 Duane Street, 5th Floor
                                        New York, New York 10007
                                        (212) 571-7100

TO:    Richard B. Ziskin, Esq.
       The Ziskin Law Firm, LLP
       6268 Jericho Turnpike, Suite 12A
       Commack, NY 11725