STATE OF NEW YORK  )
                   :SS.:
COUNTY OF NEW YORK )

    IAN K. HENDERSON, being sworn, says: I am not a party to the action, am over 18 years of age and reside in QUEENS, NEW YORK.

    On the 2nd day of October, 2007, I served the Plaintiffs' **NOTICE OF MOTION, DECLARATION and EXHIBITS, AND MEMORANDUM OF LAW** to the following party by depositing a true copy thereof in a post-paid wrapper, in an official depository, under the exclusive care and custody of the United States Postal Service within New York State, addressed to the following persons at the last known address set forth after each name below:

TO:    Richard B. Ziskin, Esq.
        The Ziskin Law Firm, LLP
        6268 Jericho Turnpike, Suite 12A
        Commack, NY 11725

                                                          IAN K. HENDERSON

Sworn to before me this
2nd day of October, 2007

_____
NOTARY PUBLIC

JASON FUIMAN
Notary Public, State of New York
No. 02FU6104740
Qualified in New York County
Commission Expires January 26, 20__