## CERTIFICATE OF SERVICE

STATE OF NEW YORK)
COUNTY OF SUFFOLK)

      I, Richard B. Ziskin, an attorney admitted to practice in the courts of the State of New York and in the federal district courts of the Southern and Eastern Districts of the State of New York, do hereby certify, under the penalties of perjury, that true and correct copies of Defendant River Avenue Contracting Corp.'s Memorandum Of Law In Opposition To Plaintiffs' Motion To Confirm The Arbitration Award, are served by e-mail and by mailing same in a sealed envelope, with postage pre-paid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addresses as indicated below:

O'Dwyer & Bernstein, LLP
Paul O'Dwyer Way
52 Duane Street
New York, NY 10007
Att: Andrew Grabois, Esq.


Dated: Commack, New York
       October 9, 2007

                                            RICHARD B. ZISKIN (RBZ-7378)