STATE OF NEW YORK         )
                          :SS.:
COUNTY OF NEW YORK    )

      IAN K. HENDERSON, being sworn, says: I am not a party to the action, am over 18 years of age and reside in QUEENS, NEW YORK.

      On the 9th day of October, 2007, I served the Plaintiffs' **MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS THE COMPLAINT AND VACATE ARBITRATION AWARD** to the following party by depositing a true copy thereof in a post-paid wrapper, in an official depository, under the exclusive care and custody of the United States Postal Service within New York State, addressed to the following persons at the last known address set forth after each name below:

TO:    Richard B. Ziskin, Esq.
         The Ziskin Law Firm, LLP
         6268 Jericho Turnpike, Suite 12A
         Commack, NY 11725

                                                        _____
                                                        IAN K. HENDERSON

Sworn to before me this
9th day of October, 2007

_____
NOTARY PUBLIC

JASON FUIMAN
Notary Public, State of New York
No.02FU6104740
Qualified in New York County
Commission Expires January 26, 2008