NOV-20-2007 04:51PM   FROM-                                         T-726   P.005/006   F-121

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS WELFARE FUND, NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS VACATION FUND, NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS ANNUITY FUND, NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS CHARITY FUND, and THE NEW YORK CITY AND VICINITY CARPENTERS LABOR MANAGEMENT COOPERATION FUND, by MICHAEL J. FORDE, and PAUL O'BRIEN, as TRUSTEES,

                          Plaintiffs,

      -against-

RIVER AVENUE CONTRACTING CORP.,

                          Defendant.

----------------------------------------------------------------x

Case No.:
07-CV-6450 (JSR)

**CONSENT TO CHANGE ATTORNEY**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-30-07

S I R S:

     IT IS HEREBY CONSENTED that TRIVELLA, FORTE & SMITH, LLP with offices located at 1311 Mamaroneck Avenue, Suite 170, White Plains, New York 10605, be substituted as attorneys of record for the defendant, RIVER AVENUE CONTRACTING CORP., in the above-entitled action in place and stead of THE ZISKIN LAW FIRM, LLP, the undersigned attorney, as of the date hereof.

     IT IS HEREBY STIPULATED AND AGREED that a facsimile copy of this CONSENT TO CHANGE ATTORNEY can be submitted with the same force and effect as the original.

Dated:   November 20, 2007
         White Plains, New York

_____
RICHARD TONYES
On Behalf of the Defendant
RIVER AVENUE CONTRACTING CORP.

_____
TRIVELLA, FORTE & SMITH, LLP
Incoming Attorneys for the Defendant
BY: SCOTT P. TRIVELLA (ST 3647)
1311 Mamaroneck Avenue, Suite 170
White Plains, New York 10605
(914) 949-9075
Fax: (914) 949-4752

_____
THE ZISKIN LAW FIRM
Outgoing Attorney for the Defendant
BY: RICHARD ZISKIN, ESQ. (207-7378)
6268 Jericho Turnpike, Suite 12A
Commack, New York 11725
(631) 462-1417
Fax: (631) 462-1486

STATE OF NEW YORK : COUNTY OF WESTCHESTER: ss.:

On the 26 day of **November, 2007**, before me personally came and appeared **RICHARD TONYES**, to me known and known to me to be the individual described in and who executed the foregoing instrument, and who duly acknowledged to me that he executed the same.

_____
Notary Public

SO-ORDERED:

_____
Hon. Jed S. Rakoff
United States District Judge

11-29-07

BARBARA KENNY
Notary Public - State of New York
NO. 01KE6137120
Qualified in Suffolk County
My Commission Expires 11-14-09