JAN-11-2008 12:56PM  FROM-                                    T-064  P.002/002  F-911

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

THE NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS PENSION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS WELFARE FUND,
NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS
VACATION FUND, NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS ANNUITY FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS APPRENTICESHIP,
JOURNEYMAN RETRAINING, EDUCATIONAL AND
INDUSTRY FUND, NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS CHARITY FUND, and THE NEW YORK
CITY AND VICINITY CARPENTERS LABOR MANAGEMENT
COOPERATION FUND, by MICHAEL J. FORDE, and
PAUL O'BRIEN, as TRUSTEES,

07 CV 6450 (JSR)

**STIPULATION OF DISMISSAL**

Plaintiffs,

-against-

RIVER AVENUE CONTRACTING CORP.,

Defendant.
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-14-08

PLEASE TAKE NOTICE, that pursuant to Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs, THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, et al., hereby dismiss the above-captioned action against the defendant, RIVER AVENUE CONTRACTING CORP. with prejudice. For purposes of this stipulation, facsimile signatures shall be deemed as originals.

Dated: New York, New York
       January 8, 2008

ANDREW GRABOIS (AG 3192)
O'DWYER & BERNSTIEN, LLP
Attorney for Plaintiffs
52 Duane Street
New York, New York 10007

SCOTT TRIVELLA, ESQ. (ST 3647)
TRIVELLA, FORTE & SMITH, LLP
Attorney for Defendant
1311 Mamaroneck Avenue
White Plains, NY 10605

So Ordered:

Judge Jed S. Rakoff
1-11-08